AO91 (Rev. 12/03) Criminal Complaint   Felony   AUSA

United States District Court
Southern District of Texas
FILED

APR 4 2015

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**

vs.

Jose Francisco HERNANDEZ-Nolasco
A206 523 332 Honduras

**CRIMINAL COMPLAINT**

Case Number: B-15- mj-323

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 02, 2015** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on April 2, 2015. The defendant is a citizen and national of Honduras who was previously deported, excluded or removed from the United States on January 19, 2015. The defendant was convicted of Possession With Intent to Distribute on April 26, 2013. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had 1,000 Mexican Pesos at the time of apprehension.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Villanueva, Francisco / Border Patrol Agent
Signature of Complainant

Villanueva, Francisco   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

April 04, 2015
Date

at   Brownsville, Texas
City/State

Ronald Morgan   U.S. Magistrate Judge
Name of Judge   Title of Judge

Signature of Judge